**Dismissed and Memorandum Opinion filed October 4, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00703-CR
### NO. 14-16-00704-CR

## EDWIN MAURICE HILL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 338th District Court
### Harris County, Texas
### Trial Court Cause Nos. 1342475 & 1342476

## M E M O R A N D U M   O P I N I O N

Appellant was charged by indictment with possession of a controlled substance and possession of a firearm by a felon. After pleas of guilty, the trial court placed appellant on deferred adjudication community supervision for a period of five years. On the State's motion, the trial court subsequently adjudicated appellant's guilt and sentenced him to confinement for five years in each offense

on June 6, 2016. No timely motion for new trial was filed. Appellant's notices of appeal were not filed until September 1, 2016.

A defendant's notice of appeal must be filed within 30 days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeals are ordered dismissed.


PER CURIAM


Panel consists of Justices Jamison, McCally, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).